IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JENO MICHAEL PAULUCCI, and PATRICK LEWIS MCKINNEY,<br><br>　　　　　　Defendants. | **4:22CR3100**<br><br>**ORDER** |

Defendants have moved to continue the pretrial motion deadline and trial date, (Filing Nos. 32 and 33), because they and their counsel need additional time to fully review the discovery received determine how to proceed toward resolution of this case. The motions to continue are unopposed. Based on the showing set forth in the motions, the court finds the motions should be granted. Accordingly,

　　IT IS ORDERED:

1)　Defendants' motions to continue, (Filing Nos. 32 and 33), are granted.

2)　As to both defendants, pretrial motions and briefs shall be filed on or before November 4, 2022

3)　As to both defendants, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on December 5, 2022, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and December 5, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 7th day of September, 2022.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge