IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:22CR3100** |
| vs. | |
| JENO MICHAEL PAULUCCI, and PATRICK LEWIS MCKINNEY, | **ORDER** |
| Defendants. | |

Defendant Paulucci has moved to continue the pretrial motion deadline, (Filing No. 61), because Defendant needs to consider and decide whether to enter a guilty plea. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's amended motion to continue, (Filing No. 61), is granted.

   **No further continuances will be granted absent a substantial showing of good cause.**

2) Defendant's motion to continue, (Filing No. 60), is denied as moot.

3) As to both defendants, pretrial motions and briefs shall be filed on or before April 27, 2023.

4) As to both defendants, the conference call previously scheduled to be held on April 4, 2023, is continued. A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:30 p.m. on May 4, 2023 to discuss setting any pretrial motion hearing needed, a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

5)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and as to both defendants, the additional time arising as a result of the granting of the motion, the time between today's date and May 3, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 28th day of March, 2023.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge