IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:22-CR-3100 |
| JENO MICHAEL PAULUCCI AND PATRICK LEWIS MCKINNEY, | FINAL ORDER OF FORFEITURE |
| Defendants. | |

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 135). On June 20, 2023, the Court entered a preliminary Order of Forfeiture (filing 99) pursuant to 21 U.S.C. § 853, based on Jeno Michael Paulucci's and Patrick Lewis McKinney's pleas of guilty to possessing methamphetamine with intent to distribute it, in violation of 21 U.S.C. § 841, and the defendants' admissions of the forfeiture allegations brought against them. Filing 76 at 1; filing 82 at 24-25; filing 91 at 1; filing 96 at 22. By way of the amended preliminary order of forfeiture, the defendants' interest in a 2018 Cadillac Escalade Utility 4D Luxury, VIN #1GYS4BKJ5JR365943, was forfeited to the United States. Filing 99.

    As directed by the order, a Notice of Criminal Forfeiture was posted beginning on July 13, 2023, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 134) was filed on September 14, 2023. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 135) is granted.

2. All right, title, and interest in and to the 2018 Cadillac Escalade Utility 4D Luxury, VIN #1GYS4BKJ5JR365943, held by any person or entity are forever barred and foreclosed.

3. The vehicle is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the vehicle in accordance with law.

Dated this 15th day of September, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge